PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Ex parte BE & K Constr. Co., 728 So.2d 621, 624 (Ala.1998); Shiver v. Butler Cnty. Bd. of Educ., 797 So.2d 1086, 1089 (Ala.Civ.App.2000); Speed v. Speed, 341 So.2d 156, 159 (Ala.Civ.App.1976); County of Wayne v. City of Detroit, 233 Mich.App. 275, 277, 590 N.W.2d 619, 620-21 (1998); People ex rel. MacMullan v. Babcock, 38 Mich.App. 336, 348 n. 4, 196 N.W.2d 489, 495 n. 4 (1972); and Mich. Ct. R. 2.209(A)(3).
THOMAS and DONALDSON, JJ., concur.
THOMPSON, P.J., concurs in the result, without writing.
MOORE, J., concurs in the result, with writing.